**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Calvin Antonio SPENCER,
Defendant–Appellant.**

No. 13–6403.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2013.

Decided: Nov. 6, 2013.

Calvin Antonio Spencer, Appellant Pro Se. Kristine L. Fritz, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Antonio Spencer appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2013) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Spencer,* Nos. 2:92–cr–00026–BO–1; 2:12–cv–00034–BO (E.D.N.C. Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*